UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ALEXIS ALEXANDER, as custodian for Chloe Sophie Alexander and ROBERT HERPST, individually, on behalf of all others similarly situated,

        Plaintiffs,

  - against -

FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS CAPITAL INC.,

        Defendants.

------------------------------------x

12 Civ. 4157 (AJN)

<u>CLASS ACTION</u>

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel.

I certify that I am admitted to practice in this court.

Dated: New York, New York
June 14, 2012

        KIRKLAND & ELLIS LLP

        By:  */s/Brant W. Bishop, P.C.*
             Brant W. Bishop, P.C.

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com