UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ALEXIS ALEXANDER, as custodian for Chloe Sophie Alexander and ROBERT HERPST, individually, on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br> - against - <br><br> FACEBOOK, INC., MARK ZUCKERBERG, DAVID A. EBERSMAN, DAVID M. SPILLANE, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and BARCLAYS CAPITAL INC., <br><br>           Defendants. | 12 Civ. 4157 (AJN) <br><br> <u>CLASS ACTION</u> <br><br> **FACEBOOK, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. states the following:

Facebook, Inc is a corporation organized under the laws of Delaware, and there is no publicly held corporation that owns 10% or more of its stock.

1

Dated: New York, New York
June 14, 2012

    KIRKLAND & ELLIS LLP

    By: */s/Brant W. Bishop, P.C.*
        Brant W. Bishop, P.C.
        Andrew B. Clubok

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com


KIRKLAND & ELLIS LLP
James F. Basile
Elizabeth L. Deeley
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Fax:  (415) 439-1500


WILLKIE FARR & GALLAGHER LLP
Richard D. Bernstein
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Fax: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
787 Seventh Avenue
New York, NY 10019-6099, U.S.A.
Telephone: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, David A. Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel*